**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1619**

In re: MOHAMMED KWANING, a/k/a Kofi,

Petitioner.

On Petition for Writ of Habeas Corpus.  (1:14-cr-00600-GLR-2)

Submitted:  August 9, 2021                                                      Decided:  August 20, 2021

Before AGEE, DIAZ, and RICHARDSON, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Mohammed Kwaning, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Kwaning petitions this court for a writ of habeas corpus. We dismiss the petition for lack of jurisdiction and decline to transfer it to the district court. *See* 28 U.S.C. § 1631; *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*